AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | | |
|---|---|---|
| **United States District Court** | District | SOUTHERN DISTRICT, CORPUS CHRISTI |
| Name  THOMAS STEVE HIGGS | Prisoner No. 488767 | Case No. C-00-089 |

Place of Confinement   TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MCCONNELL UNIT

United States District Court
Southern District of Texas
FILED
FEB 28 2000
MICHAEL N. MILBY, CLERK

Name of Petitioner (include name under which convicted)   Name of Respondent (authorized person having custody of petitioner)

THOMAS STEVE HIGGS
INMATE

V.   GARY JOHNSON
DIRECTOR, TDCJ-ID

The Attorney General of the State of:   TEXAS

## PETITION

1. Name and location of court which entered the judgment of conviction under attack   THIS IS A HABEAS CORPUS ATTACKING DUE PROCESS VIOLATIONS IN A SINGLE [DISCIPLINARY HEARING].

2. Date of judgment of conviction   OCTOBER 21, 1999

3. Length of sentence   319 DAY [GOOD-TIME CREDIT]

4. Nature of offense involved (all counts)   TDCJ-ID OFFENCE CODE 13.0, POSSESION OF AN ALCOHOLIC BEVERAGE. DISCIPINARY NUMBER: 20000017924

5. What was your plea? (Check one)
   (a) Not guilty   ☑
   (b) Guilty   ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☐
   (b) Judge only   ☐   N/A   [TDCJ DISCIPLINARY HEARING]

7. Did you testify at the trial?
   Yes ☑   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court ___FILED THE STEP ONE GRIEVANCE TO THE WARDEN ML-YE UNIT.___

   (b) Result ___DENIED___

   (c) Date of result and citation, if known ___NOVEMBER 04, 1999___

   (d) Grounds raised ___VIOLATION OF THE CONFRONTATION AND CROSS EXAMINATION RIGHTS, FAILURE AND DENIAL OF WITNESSES, IMPARTIAL JUDGEMENT PANEL.___

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court ___FILED THE STEP TWO GRIEVANCE TO THE REGINAL FOUR DIRECTOR, TDCJ-ID.___

   (2) Result ___DENIED, STATES THE STEP ONE ANSWERS MY APPEAL ERRORS.___

   (3) Date of result and citation, if known ___DECEMBER 07, 1999___

   (4) Grounds raised ___INSUFFICIENT EVIDENCE. VIOLATION OF STATE CREATED LIBERTY INTEREST.___

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court ___N/A___

   (2) Result ___N/A___
   ___N/A___

   (3) Date of result and citation, if known ___N/A___
   ___N/A___

   (4) Grounds raised ___N/A___
   ___N/A___

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___N/A___

    (2) Nature of proceeding ___N/A___
    ___N/A___

    (3) Grounds raised ___N/A___
    ___N/A___

AO 241 (Rev. 5/85)

_____ N/A _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
　　Yes ☐　　No ☑

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ N/A _____

(2) Nature of proceeding _____ N/A _____

_____ N/A _____

(3) Grounds raised _____ N/A _____

_____ N/A _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
　　Yes ☐　　No ☑

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
　　(1) First petition, etc.　　　Yes ☑　　No ☐
　　(2) Second petition, etc.　　Yes ☑　　No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A _____

_____ N/A _____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
　　Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED BY A VIOLATION OF THE CONFRONTATION AND CROSS EXAMINATION RIGHT.

Supporting FACTS (state *briefly* without citing cases or law) WHEN I REQUESTED AT THE DISCIPLINARY HEARING THAT THE [DHO] CALL THE CHARGING OFFICER TO TESTIFY, I HAD ALL THE INTENTIONS ON CONFRONTING THE OFFICER WITH THE STATEMENT QUESTIONED STATEMENTS THAT I WOULD HAVE RECEIVED FROM MY WITNESS, SGT. GLEW. HOWEVER, SENSE MY WITNESS SGT GLEW WAS REFUSED BY THE [DHO], I WAS DENIED THE RIGHT TO CROSS EXAMIN THE CHARGING OFFICER ON THE STATEMENTS MY WITNESS WOULD HAVE MADE.

B. Ground two: CONVICTION OBTAINED BY A VIOLATION OF THE RIGHT TO CALL WITNESSES.

Supporting FACTS (state *briefly* without citing cases or law) DURING THE HEARING OF THIS DISCIPLINARY CASE I REQUESTED THAT SGT. GLEW BE CALL AS MY WITNESS. SGT GLEW COULD HAVE TESTED TO THE FACT THAT I INDEED POSSESED A BOTTLE OF CLEANING MATTERIAL WHICH WAS JOB RELATED. FURTHERMORE HE COULD HAVE ATESTED TO THE FACT THAT I WAS NOT IN THE SAME AREA NOR DO I LIVE IN THE SAME AREA THAT THE VIOLATION OCCURED IN. HOWEVER THE DISCIPLINARY OFFICER, REFUSED TO CALL SGT. GLEW AS A WITNESS.

(5)

AO 241 (Rev. 5/85)

C. Ground three: CONVICTION OBTAINED BY THE USE OF AN IMPARTIAL JUDGEMENT PANEL.

Supporting FACTS (state briefly without citing cases or law) THE DISCIPLINARY HEARING OFFICER DENIED MY REQUEST FOR WITNESSES IN MY FAVOR, VIOLATED CONFRONTATION AND CROSS EXAMINATION RIGHTS, VIOLATED TEXAS DEPARTMENT OF CRIMINAL JUSTICE EVIDENCE RULES THAT REQUIRE PROOF BY PERPONDERENCE OF EVIDENCE, VIOLATED THE RULE CONCERNING CONTRABAND, AND REFUSED TO ACKNOWLEDGE AND INVESTIGATE WHEN I MADE IT KNOWN TO HIM THAT THE INVESTIGATING OFFICER VIOLATED THE TDCJ-ID INVESTIGATION RULES, THEN FOUND ME GUILTY. SUPPORTS THE ALLEGATIONS.

D. Ground four: CONVICTION OBTAINED BY A VIOLATION OF THE SUFFICIENT EVIDENCE RULE OF THE DUE PROCESS CLAUSE.

Supporting FACTS (state briefly without citing cases or law) I WAS FOUND GUILTY OF POSSESSION OF AN ALCOHIC BEVERAGE. THE CHARGING OFFICER STATEMENT WAS THAT THE JUG THAT I HAD IN MY POSSESION CONTAINED THE BEVERAGE. THEY PRESENTED A PICTURE OF A BAG OF LIQOUID AT MY HEARING AND A BOTTLE OF ASSUMABLY THE SAME SUBTANCE. HOWEVER I LEARNED THAT THESE ITEMS CAME FROM 52 CELL AND I LIVE IN 63 CELL. FURTHERMORE I LEARNED THAT THIS SAME PICTURE WAS USED TO CONVICT THE INMAMATE IN 52 CELL ON THIS SAME CHARGE.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: E· THE DENIAL OF RIGHT TO APPEAL, F· DOUBLE JEPORDARY G· ABUSE OF DISCRETION AND H· ~~UNUSUAL AS THIS SAME VERIATION LIBERTY INTERES~~ OCCURED IN THE STEP TWO APPEAL. THEREFORE THIS COURT IS THE NEXT APPEAL STEP BECAUSE PETITIONER HAS EXHAUSTED HIS STATE COURT REMEDIES ACKNOWLEDGING FEDERAL COURT JURISDICTION.
*1

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing   TDCJ-ID INMATE SUBSTITUTE COUNSEL [CS1] B. AUVIER

    (b) At arraignment and plea   SAME AS "A"

*1 NOTE: SEE PAGE 6a FOR ITEM 12 [E][F], (6) [G], AND [H].

E. Ground Five: DENIAL OF RIGHT TO APPEAL WHICH VIOLATES DUE PROCESS

Supporting Facts [state briefly without citing case or law]: I PRESENTED SERVERAL NEW POINTS OF ERROR IN THE STEP TWO APPEAL TO THE REGIONAL DIRECTOR, HOWEVER THEIR RESPONSE IN SENDING MY APPEAL BACK TO ME SIMPLY STATES THAT THE STEP ONE APPEAL ANSWERS MY APPEAL. THIS DENIED MY STATE CREATED RIGHT TO HAVE THE REGIONAL DIRECTOR LOOK INTO MY POINTS ON THE STEP TWO APPEAL. JUST AS THE COURT OF CRIMINAL APPEAL LOOKS INTO THE COURT OF APPEAL DECISION UNDER ABUSE OF DISCRETION STANDARDS.

F. Ground Six: DOUBLE JEOPORDY WHICH VIOLATES DUE PROCESS

Supporting Facts [state briefly without citing case or law]: THE DISCIPLINARY HEARING OFFICER FOUND ME GUILTY OF THE CHARGED OFFENSE AND TOOK 319 DAYS GOOD-TIME CREDIT AWAY FROM ME WHICH INTURN MEANS I HAVE TO RESERVE 319 DAYS IN THE TEXAS DEPT. OF CRIMINAL JUST THAT I HAVE ALREADY SERVED THROUGH GOOD-TIME CREDIT FOR WORKING.

G. Ground Seven: ABUSE OF DISCRETION

Supporting Facts: [state briefly without citing case or law]: THE OFFICE OF THE REGIONAL DIRECTOR, THE AGENCY THAT INVESTIGATES THE STEP TWO APPEAL, ABUSED DISCRETION WHEN IT REFUSED TO ANSWER MY APPEAL ON THE MERRIT AND THEN ALLOW THE REGIONAL DIRECTOR TO MAKE A DECISION ON THE INDIVIDUAL POINTS OF ERROR.

H. Ground Eight: VIOLATION OF STATE CREATED LIBERTY INTEREST

Supporting Facts: THE DHO FOUND ME GUILTY ON THE OFFICERS STATEMENT WHICH WAS NOT SUPPORTED BY FACTS. TEXAS DEPT. CRIM. JUST. REQUIRES THAT I BE FOUND GUILTY BY PERPONDERANCE OF THE CREDIBLE EVIDENCE. WHICH IS A STATE CREATED LIBERTY INTEREST THAT EFFECTS MY GOOD-TIME CREDIT. ALSO THEY HAVE CREATED A LIBERTY IN THE QUALITY OF THE INVESTIGATION, THE DEFINITION OF POSSESSION, AND THE TESTING OF SUBSTANCES WHICH AFFECT THE HEARING, WHICH EFFECTS THE TAKING OF GOOD TIME CREDIT.

AO 241 (Rev. 5/85)

(c) At trial _____ SAME AS "A" _____

(d) At sentencing _____ SAME AS "A" _____

(e) On appeal _____ PRO-SE _____

(f) In any post–conviction proceeding _____ PRO-SE WRIT-WRITER _____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____ PRO-SE WRIT WRITER _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____ N/A _____
    N/A
    (b) Give date and length of the above sentence: _____ N/A _____
    N/A
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____ Thomas J. Higgs _____
Signature of Petitioner

(7)