AO 240 (Rev. 5/85) Application to Proceed in Forma Pauperis, Supporting Documentation and Order   ● **APPENDIX C**

# United States District Court

United States District Court
Southern District of Texas
FILED

SOUTHERN DISTRICT ——— **DISTRICT OF** ___ TEXAS ___

**FEB 28 2000**

MICHAEL N. MILBY CLERK

UNITED STATES OF AMERICA
V.

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

**CASE NUMBER:**

**C-00-089**

I, ___ THOMAS STEVE HIGGS ___, declare that I am the *(check appropriate box)*

☑ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant      ☐ _____
                                                    *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes ☐    No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☑
   b. Rent payments, interest or dividends?    Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☑
   d. Gifts or inheritances?    Yes ☑   No ☐
   e. Any other sources?    Yes ☐   No ☑

AO 240 (Rev. 5/85)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

FAMILY SUPPORT FOR HYIGEINE ITEMS.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☑   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☑

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.          _Thomas S. Higgs_

(Date)                                  Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

| _____ | _____ | _____ | _____ |
| *United States Judge* | *Date* | *United States Judge or Magistrate* | *Date* |

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 22 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/16/00
ML18/SEN9611                 IN-FORMA-PAUPERIS DATA                 07:51:02
TDCJ#: 00488767 SID#: 02644310 LOCATION: MCCONNELL      INDIGENT DTE: 00/00/00
NAME: HIGGS,THOMAS STEVE                 BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        11.24 TOT HOLD AMT:        0.00 3MTH TOT DEP:        10.00
6MTH DEP:           30.00 6MTH AVG BAL:        8.50 6MTH AVG DEP:         5.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00      16.97           0.00          10/99      20.00          20.00
12/99      17.63          10.00          09/99       0.74           0.00
11/99      15.35           0.00          08/99       5.79           0.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Bee_
ON THIS THE _16_ DAY OF _Feb_, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002