IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS STEVE HIGGS § 
 § 
V. § C.A. NO. 00-89
 § 
GARY L. JOHNSON § 

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

On February 28, 2000, petitioner filed a motion to proceed in forma pauperis (D.E. 2) in the above-styled action. Petitioner's inmate trust account statement reveals that petitioner's current balance is $11.24. The Court therefore finds that petitioner is capable of paying the filing fee. Accordingly, the Court DENIES petitioner's motion. Petitioner is ORDERED to pay the filing fee of $5.00 within 30 days of the date of this order.

ORDERED this __3__ day of __March__, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

*United States District Court*
*Southern District of Texas*
*ENTERED*
MAR - 6 2000
Michael N. Milby, Clerk of Court

1