United States District Court
Southern District of Texas
ENTERED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

APR - 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THOMAS STEVE HIGGS | § | |
| | § | |
| V. | § | C.A. NO. C-00-89 |
| | § | |
| GARY JOHNSON | § | |

## ORDER TO SHOW CAUSE

On March 3, 2000, plaintiff was ordered to pay the filing fee of $5 required to file a habeas corpus petition (D.E. 2). He was advised that failure to comply may result in dismissal of his lawsuit. To date, plaintiff has not submitted the filing fee.

Plaintiff is ordered to show cause why his claims should not be dismissed for want of prosecution. Plaintiff is advised that, to proceed with this suit, he must pay the filing fee of $5. Failure to comply within twenty (20) days from the date of this order may result in dismissal of this action.

ORDERED this ____6____ day of ____April____, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

1