In The United States District Court
For The Southern District of Texas
Corpus Christi Division

C 00 089

Thomas Steve Higgs

C.A. No. #C-00-98

vs

Gary Johnson

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 24 2000

Michael N. Milby, Clerk

Petitioner's Objections of this Action being dis-missed.

To the Hon Judge (Clerk) of said court, Now comes petitioner in good-faith in objections of this action being dis-missed; will show the court the following:

On April 6, 2,000 the district court order to show cause by petitioner claims should Not be dis-missed for want of prosecution (1.d-5)

The petitioner is a state prisoner of the Texas Dept. of Criminal Justice and it would take four (4) to six (6) weeks to get money from his prison account and sent to the court.

There-fore, petitioner should not be punished because he can not get the $5.00 filing fee of this action to the courts with-in twenty (20) days as ordered by the courts.

Petitioner is not being sued to pay the $5.00 fee owed. He at this time have made arrange-ments with his immediately family to sent to the courts an five (5) dollar money order. It should be there no later than the first (1st) of May, 2,000

I do declare under penalty of perjury that the fore-goings are true and correct to the best of my beleifs, understandings, and acknowledge-ment.

executed on April 12, 2000

signed *Thomas S. Higgs*

#488767

6.