

United States District Court
Southern District of Texas
FILED

MAY 0 4 2000

Michael N. Milby, Clerk

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**THOMAS STEVE HIGGS**　　　　　　　　　　　　*7.*

**V.**　　　　　　　　　　　　**CASE NUMBER:   CA C-00-89**

**GARY JOHNSON**

## NOTICE TO APPEAR

**TO:  PLTFF, ATTORNEY GENERAL'S OFFICE**

**YOU ARE ORDERED TO APPEAR ON:  WEDNESDAY, MAY 17, 2000  at 9:00 A.M., before:**

　　　　　U. S. Magistrate Judge Jane Cooper-Hill
　　　　　United States Courthouse
　　　　　1st Floor Courtroom
　　　　　521 Starr Street
　　　　　Corpus Christi, Texas  78401

**TO ATTEND THE FOLLOWING PROCEEDING:**

　　　　　**CONFERENCE CALL RE:DE #6**

NOTE:  ATTORNEY GENERAL'S OFFICE IS TO INITIATE CALL THROUGH TO CHAMBERS AFTER ALL
　　　　PARTIES ARE ON THE LINE:  361-888-3550 (Questions should be addressed to
　　　　Case Manager, Linda Smith at 361-888-3445)

***BY ORDER OF THE COURT***

Michael N. Milby, Clerk of Court
By Deputy:  __Linda R. Smith__　　　　　　　　　　　Date:  __May 4, 2000__