JUDGE PRESIDING: __JANE COOPER-HILL__

COURTROOM CLERK/ERO: __Linda R. Smith__

LAW CLERK: __Debbie Simons__

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: __May 17, 2000__   OPEN: __9:08__   ADJOURN: __9:13__

TAPE: __1/21-139__

CRIMINAL/CIVIL ACTION NO.: __C-00-89__

__Thomas Higgs__ § __Pro Se__

_____ § _____

VS. §

__Gary Johnson__ § __Denise Villarreal__

_____ §

United States District Court
Southern District of Texas
FILED

MAY 17 2000

MICHAEL N. MILBY, CLERK

PROCEEDING: Case called for Conference Call. Court states Clerks office has not received the $5.00 filing fee. Court orders the Pltff to pay the $5.00 filing fee or to file a new motion for IFP, including inmate trust account stmt within 10 days from today.
Hearing Concluded

8.