IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS STEVE HIGGS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-089 |
| | § | |
| GARY JOHNSON | § | |

## ORDER

Petitioner is ordered to pay the $5.00 filing fee or to submit a new application to proceed *in forma pauperis*, with a trust fund account statement, within ten (10) days of the date of this Order. Failure to comply timely with this Order may result in the dismissal of petitioner's habeas corpus application for failure to prosecute.

ORDERED this __17__ day of May, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE