CA-C-00-89

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              05/18/00
ML18/SEN9011            IN-FORMA-PAUPERIS DATA                            14:11:00
TDCJ#: 00486767 SID#: 02644310 LOCATION: MCCONNELL        INDIGENT DTE: 04/17/00
NAME: RIGGS,THOMAS STEVE                 BEGINNING PERIOD: 11/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:        0.00 6MTH TOT DEP:        25.00
6MTH DEF.           55.00 6MTH AVG BAL:       12.75 6MTH AVG DEP:         3.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/00    25.00       0.00                01/00    10.97              0.00
03/00    28.83      25.00                12/99    17.63             18.00
02/00    18.27       0.00                11/99    15.33              0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```



United States District Court
Southern District of Texas
FILED

MAY 22 2000

MICHAEL N. MILBY CLERK

10.

STATE OF TEXAS, COUNTY OF ___BEE___
ON THIS THE 18th DAY OF ___May___, 00, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NF SIG:
IF HELP F3 END ENTER NEXT TDCJ NUMBER._____ OR SID NUMBER._____

SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001