# United States District Court

__Southern__ DISTRICT OF __Texas__

Corpus Christi Division

Thomas Steve Higgs, Petitioner

V.

Gary Johnson, Respondent

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-89

United States District Court
Southern District of Texas
FILED

NOV - 6 2000

MICHAEL N. MILBY CLERK

00 JUL 25 PM 2:

TO: (Name and address of defendant)

Gary Johnson
c/o Andy Taylor
First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX  78711-2548

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Steve Higgs
#488767
McConnell Unit
3001 S. Emily Dr.
Beeville, TX  78102

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                                July 25, 2000
CLERK                                                           DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-25-00 |
| NAME OF SERVER (PRINT) R. CARTER | TITLE Ousn |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): MAILED CERTIFIED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-6-00
Date

Signature of Server  R. C___

521 STARR ST B1
Address of Server

CC, TX 78401



CLERK, U.S. DISTRICT COURT
RECEIVED
NOV - 6 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br><br>C. Signature<br>X                                                           ☐ Agent<br>                                                            ☐ Addressee |
| 1. Article Addressed to:<br><br>ANDY TAYLOR<br>FIRST ASSISTANT ATTORNEY G<br>P.O. BOX 12548, CAPITOL STATI<br>AUSTIN, TEXAS   78711-2548 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>OFFICE OF THE<br>ATTORNEY GENERAL 78701 |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number (Copy from service label)<br>2582 519 747 | |

PS Form 3811, July 1999            Domestic Return Receipt                    102595-99-M-1789

Z 582 519 747

US Postal Service
## Receipt for Certified Mail
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| Sent to |
| --- |
| ANDY TAYLOR FIRST ASSISTANT ATTORNEY G P.O. BOX 12548 AUSTIN, TEXAS 78711-2548 |

| Special Delivery Fee | |
| --- | --- |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 7/25/00 |

PS Form 3800, April 1995

ClibPDF - www.fastio.com