# United States District Court

__Southern__ DISTRICT OF __Texas__

Corpus Christi Division

Thomas Steve Higgs, Petitioner

V.

Gary Johnson, Respondent

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-89

TO: (Name and address of defendant)

Gary Johnson
c/o Andy Taylor
First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548

United States District Court
Southern District of Texas
FILED

NOV - 6 2000

MICHAEL N. MILBY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S~~ATTORNEY~~(name and address)

Thomas Steve Higgs
#488767
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

in answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Michael N. Milby | September 28, 2000 |
|---|---|
| CLERK | DATE |

BY) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gary Johnson
   c/o Andy Taylor
   First Asst. Atty. Gen.
   P.O. Box 12548
   Austin, TX 78711

2. Article Number (Copy from service label)

   7099 3220 0004 6534 1430

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

RECEIVED IN MAIL CENTER
OCT 0 5 2000
OFFICE OF THE
ATTORNEY GENERAL 78701

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3220 0004 6534 1430

Article Sent To:

Postage         $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark Here

Name (Please Print Clearly) (To be completed by mailer)
Gary Johnson
Street, Apt. No.; or PO Box No.
1st Atty Gen                    10/2/00
City, State, ZIP+4
Austin, TX 78711

PS Form 3800, July 1999      See Reverse for Instructions