IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 2000

| | | |
|---|---|---|
| THOMAS STEVE HIGGS, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. CA-C-00-89 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Gary L. Johnson, Director of the Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered July 25, 2000, the Clerk of the Court was ordered to issue summons on the Director, whereby the Director would be required to file a response within thirty days of receipt. The Director was served with summons on October 5, 2000, giving the Director until November 4, 2000, to file a response. FED. R. CIV. P. 6 (a). Because this date fell on Saturday, the Director had until the following Monday to file a response. FED. R. CIV. P. 6 (a). Therefore, the instant motion is timely filed.

**II.**

The petitioner, Thomas Steve Higgs, ("Higgs"), has filed a petition challenging his conviction in disciplinary hearing number 20000017924. Fed. Writ Petition at 1. While the

14.

undersigned has ordered and received Higgs's records, the undersigned has not had an opportunity to review the records and determine an appropriate response to Higgs's allegations given that in the past thirty days the undersigned has filed sixteen responsive pleadings in the various district courts. Therefore, additional time is necessary.

Accordingly, the Director respectfully requests a thirty day extension in which the undersigned attorney can review Higgs's records; coordinate her duty in this case with other matters due within that time period; and draft an appropriate response to Higgs's federal habeas claims.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of thirty days from November 4, 2000, up to and including December 3, 2000, within which to file a responsive pleading to this petition for federal writ of habeas corpus.

> Respectfully submitted,
>
> JOHN CORNYN
> Attorney General of Texas
>
> ANDY TAYLOR
> First Assistant Attorney General
>
> MICHAEL T. McCAUL
> Deputy Attorney General
>   for Criminal Justice
>
> ROSS RAYBURN
> Assistant Attorney General
> Chief, Habeas Corpus Division
>
> _____
> DENISE A. VILLARREAL*
> Assistant Attorney General

*Attorney in Charge

2

State Bar No. 24008212
Southern Dist. No. 25314

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is presently incarcerated at the McConnell Unit of the Institutional Division of the Texas Department of Criminal Justice, and is proceeding *pro se* in this cause. Respondent assumes that petitioner opposes this pleading.

_____
DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 6th day of November, 2000, addressed to:

Thomas Steve Higgs
TDCJ-ID No. 488767
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

_____
DENISE A. VILLARREAL
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *THOMAS STEVE HIGGS,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | Civil Action No. CA-C-00-89 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

CAME ON TO BE HEARD Respondent Johnson's First Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's First Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of thirty days, up to and including December 3, 2000.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING