United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS STEVE HIGGS, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. CA-C-00-89 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

CAME ON TO BE HEARD Respondent Johnson's First Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's First Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of thirty days, up to and including December 3, 2000.

It is so ORDERED.

SIGNED on this the _15_ day of _November_, 2000.

_Jane Cooper-Hill_
JUDGE PRESIDING