The Honorable Micheal Milby, Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
521 Starr, Room 101
Corpus Christi, Texas 78401

C-00-89



United States District Court
Southern District of Texas
FILED

NOV 20 2000

MICHAEL N. MILBY, CLERK

This letter is to inform you that i (Thomas Steve Higgs) TDCJ-ID No 488767 No longer reside at the McConnell Unit 3001 S. Emily Dr. Beeville TX 78102 I'am now at the Gib Lewis High Security Unit P.O. Box 9000 Woodville TX 75990 Us this address for future mailing.

Truefully Submitted
Thomas Steve Higgs
00488767

16.