IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| THOMAS STEVE HIGGS, § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. CA-C-00-89 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**ORDER TO EXTEND TIME**

CAME ON TO BE HEARD Respondent Johnson's Second Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's Second Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of thirty days, up to and including December 23, 2000. *No further extensions will be granted.*

It is so ORDERED.

SIGNED on this the ___8___ day of ___December___, 2000.

_____
Jane Cooper-Hill
JUDGE PRESIDING