IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS STEVE HIGGS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-089 |
| | § | |
| GARY L. JOHNSON | § | |

### ORDER TO FILE DISCIPLINARY HEARING TAPE

In this habeas corpus action, petitioner Thomas Steve Higgs challenges as unconstitutional a prison disciplinary hearing in which he was found guilty of possessing an alcoholic beverage and lost 319 days of earned good time credit(DE #1). Respondent has filed a motion for summary judgment arguing that Higgs received all the due process protections to which he was entitled such that he is not entitled to habeas corpus relief (DE #19). Within his summary judgment motion, respondent refers to the disciplinary hearing tape.

Respondent did not submit the disciplinary hearing tape with his motion for summary judgment. The tape is necessary for resolution of respondent's motion for summary judgment. Accordingly, respondent is ordered to file with the Court a copy of the disciplinary hearing tape **within twenty (20) days of the date of entry of this Order.** Failure to comply with this Order may result in the motion for summary judgment being stricken.

ORDERED this ___27___ day of December, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE