

OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

January 2, 2001

United States District Court
Southern District of Texas
FILED

JAN 4 - 2001

MICHAEL N. MILBY, CLERK

The Honorable Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
521 Starr, Room 101
Corpus Christi, Texas   78401

Re:   *Thomas Steve Higgs v. Gary L. Johnson*
      Civil Action No. C-00-089

Dear Sir:

Enclosed please find a copy of the disciplinary hearing tape in the above referenced cause.

Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Thank you for your assistance in this matter.

Sincerely,

Denise A. Villarreal

DENISE A. VILLARREAL
Assistant Attorney General
(512) 936-1400

DAV:cc
Enclosure

# AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF BEE

    BEFORE ME, the undersigned authority, personally appeared Weldon Hodge, who being duly sworn by me, deposed as follows:

    "My name is Weldon Hodge. I am of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

    "I am the Assistant Warden for the William G. McConnell Unit of the Texas Department of Criminal Justice Institutional Division, and my office is located in Beeville, Texas. I do hereby certify that I am a custodian of Unit Records maintained in the regular course of business. Attached hereto is a complete copy of Inmate Disciplinary Hearing Tape for case number #2000017924 offense date September 15, 1999, hearing date September 21, 1999 regarding Offender Thomas Steve Higgs, TDCJ-ID #488767, and hereby certify that the attached copy of disciplinary hearing tape is a true, complete and correct copy now on file in my office and in my custody. I further certify that the tape attached hereto are maintained in the usual and regular course of business of the McConnell Unit, of the Texas Department of Criminal Justice - Institutional Division.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the <u>26th</u> day of <u>October,</u> 2000

My Commission Expires:

_____

_____ (Printed Name)
NOTARY PUBLIC in and for
the State of Texas



SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001