Feb-26-2001

United States District Court
Southern District of Texas
FILED

MAR - 1 2001

MICHAEL N. MILBY, CLERK

CLERK,

I Offender Thomas Steve Higgs #488767 Case #C-00-089. I received Memorandum and Recommendation [22-1] from the U.S. District Clerk for the Southern District of Texas. I'am not satisfied with your decision in the matter of my case. I'am being found guilty on officers testemony alone. Which he states that I had a bottle of homemade liquor. But in the picture in EXHIBIT B. Theres a bag and two bottles. Which came out of Cell 52. I also ask that the bottle that i admitted to having be tested. Could you please look into this matter for me.

Truefully Submitted

Thomas S. Higgs
00488767

23.