United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS STEVE HIGGS | § | |
| | § | 24. |
| VS. | § | C.A. NO. C-00-089 |
| | § | |
| GARY L. JOHNSON | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

On February 14, 2001, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Respondent's motion for summary judgment be granted and that Petitioner Thomas Steve Higgs' § 2254 petition for habeas corpus relief be denied. On March 1, 2001, Petitioner filed objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and Petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is

ORDERED that Respondent's motion for summary judgment is granted and Petitioner's § 2254 petition for habeas corpus relief is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 22nd day of March, 2001.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE