IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THOMAS STEVB HIGGS | § § | 25. |
| V. | § | C.A. NO. C-00-089 |
| GARY L. JOHNSON | § § § | |

### FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation on Respondent's Motion for Summary Judgment, the Court hereby enters Final Judgment denying Petitioner Thomas Steve Higgs' § 2254 petition for habeas corpus relief.

ORDERED this 22nd day of March, 2001.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE